WACHTELL, LIPTON, ROSEN & KATZ

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150
TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

MARTIN LIPTON
HERBERT M. WACHTELL
THEODORE N. MIRVIS
EDWARD D. HERLIHY
DANIEL A. NEFF
ANDREW R. BROWNSTEIN
MARC WOLINSKY
STEVEN A. ROSENBLUM
JOHN F. SAVARESE
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
RALPH M. LEVENE
RICHARD G. MASON
DAVID M. SILK
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
JEFFREY M. WINTNER
TREVOR S. NORWITZ
BEN M. GERMANA
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG
STEVEN A. COHEN
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
MARK GORDON
JEANNEMARIE O'BRIEN
WAYNE M. CARLIN
STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
JOHN F. LYNCH
WILLIAM SAVITT
ERIC M. ROSOF
GREGORY E. OSTLING
DAVID B. ANDERS
ANDREA K. WAHLQUIST
ADAM J. SHAPIRO
NELSON O. FITTS
JOSHUA M. HOLMES
DAVID E. SHAPIRO

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

MICHAEL H. BYOWITZ
KENNETH B. FORREST
SELWYN B. GOLDBERG
PETER C. HEIN
MEYER G. KOPLOW
JOSEPH D. LARSON
LAWRENCE S. MAKOW
DOUGLAS K. MAYER
PHILIP MINDLIN
DAVID S. NEILL
HAROLD S. NOVIKOFF
LAWRENCE B. PEDOWITZ
ERIC S. ROBINSON
PATRICIA A. ROBINSON*
ERIC M. ROTH
PAUL K. ROWE
DAVID A. SCHWARTZ
MICHAEL J. SEGAL
ROSEMARY SPAZIANI
ELLIOTT V. STEIN
WARREN R. STERN
LEO E. STRINE, JR.**
PAUL VIZCARRONDO, JR.
PATRICIA A. VLAHAKIS
AMY R. WOLF

* ADMITTED IN THE DISTRICT OF COLUMBIA
** ADMITTED IN DELAWARE

COUNSEL

DAVID M. ADLERSTEIN
SUMITA AHUJA
AMANDA K. ALLEXON
LOUIS J. BARASH
FRANCO CASTELLI
ANDREW J.H. CHEUNG
PAMELA EHRENKRANZ
KATHRYN GETTLES-ATWA
ADAM M. GOGOLAK
NANCY B. GREENBAUM
MARK A. KOENIG
J. AUSTIN LYONS
ALICIA C. McCARTHY
NEIL M. SNYDER
S. CHRISTOPHER SZCZERBAN
JEFFREY A. WATIKER

DAMIAN G. DIDDEN
IAN BOCZKO
MATTHEW M. GUEST
DAVID E. KAHAN
DAVID K. LAM
BENJAMIN M. ROTH
JOSHUA A. FELTMAN
ELAINE P. GOLIN
EMIL A. KLEINHAUS
KARESSA L. CAIN
RONALD C. CHEN
GORDON S. MOODIE
DONGJU SONG
BRADLEY R. WILSON
GRAHAM W. MELI
GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
SARAH K. EDDY
VICTOR GOLDFELD
BRANDON C. PRICE
KEVIN S. SCHWARTZ
MICHAEL S. BENN
SABASTIAN V. NILES
ALISON ZIESKE PREISS
TIJANA J. DVORNIC
JENNA E. LEVINE
RYAN A. McLEOD
ANITHA REDDY
JOHN L. ROBINSON
JOHN R. SOBOLEWSKI
STEVEN WINTER
EMILY D. JOHNSON
JACOB A. KLING
RAAJ S. NARAYAN
VIKTOR SAPEZHNIKOV
MICHAEL J. SCHOBEL
ELINA TETELBAUM
ERICA E. BONNETT
LAUREN M. KOFKE
ZACHARY S. PODOLSKY
RACHEL B. REISBERG
MARK A. STAGLIANO
CYNTHIA FERNANDEZ LUMERMANN
CHRISTINA C. MA

DIRECT DIAL: (212) 403-1307
DIRECT FAX: (212) 403-2307
E-MAIL: DBANDERS@WLRK.COM

December 30, 2021

Via Email and ECF

The Honorable J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States* v. *Michael Valdez*, *et al.*, 19-cr-883-JPO

Dear Judge Oetken:

I represent Defendant Melissa Concepcion in the above-referenced case. I write on Ms. Concepcion's behalf to request a four-week extension of all outstanding deadlines and a corresponding adjournment of the sentencing hearing.

Ms. Concepcion, who resides at MDC Brooklyn, recently tested positive for COVID-19 and is symptomatic. As a result of Ms. Concepcion's diagnosis and related developments, it is unclear when it will be possible to conduct a presentence interview. The United States Probation Officer responsible for the interview has advised that the Probation Office has suspended in-person interviews at MDC Brooklyn for at least the next two weeks.

Ms. Concepcion has requested an in-person interview but, even if a virtual interview is arranged, it is unclear whether prison staff could safely remove Ms. Concepcion from quarantine to participate. Additionally, I am presently unable to meet with Ms. Concepcion, as MDC Brooklyn recently suspended legal visits. Given the considerable uncertainty regarding our ability to prepare for and safely conduct a presentence interview, we respectfully request extensions and an adjournment as follows:

- Completion of Ms. Concepcion's presentence interview by February 4, 2022 (originally January 7, 2022);
- Ms. Concepcion's sentencing submission due on March 25, 2022 (originally February 25, 2022);
- The government's sentencing submission due on April 1, 2022 (originally March 4, 2022); and
- Adjournment of the sentencing hearing to April 8, 2022 (originally March 11, 2022), or another date thereafter convenient for the Court.

This is Ms. Concepcion's third request for an extension or adjournment, and her first since I was appointed as counsel. The Court granted both previous requests. We have conferred with the government, which consents to this request.

Respectfully submitted,

David B. Anders

Granted. The schedule proposed herein is approved. Sentencing is hereby adjourned to April 8, 2022, at 2:30pm in Courtroom 706 of 40 Foley Square.
So ordered:
1/5/2022

cc: AUSA David J. Robles (*via ECF*)

J. PAUL OETKEN
United States District Judge