UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

MELISSA CONCEPCION,
                 Defendant.

19-CR-883-4 (JPO)

ORDER

---

Having considered the Defendant's request for early termination of supervised release (ECF No. 180) and the government's opposition (ECF No. 181), the Court concludes that early termination is not warranted given the seriousness of the underlying offenses.

However, the Court GRANTS Defendant's alternative, unopposed proposal to transfer supervision to the Southern District of Florida.

    SO ORDERED.

Dated: August 20, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge